UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO
901 19th Street, Room A105
Denver, Colorado 80294-3589                                November 25, 2019

Case# 19-mc-70, In re Michael Obere Ebiala:<br>
Motion to <u>Correct Year of Birth</u> on Certificate of Naturalization.

For the record and for your awareness, I am not only a Naturalized U.S. citizen, I am a U.S. Army Veteran and currently working for the U.S. Federal Government with the National Geospatial Intelligence Agency.

My Certificate of Naturalization was issued by the U.S. District Court of the District of Colorado, at Denver, Colorado, on July 15, 1988 with a year of birth of 1954. However, this past May, I became aware that <u>my year of birth was 1950</u>. I became aware of that when my younger brother, John, told me during a phone call with him that he was going to retire in October because his place of work (University of Benin, Nigeria) required that personnel must retire at age 65. At that time, I said to him, he couldn't be 65 in October because I wouldn't be 65 yet. It was through further discussion and inquiry that I discovered that I have being using the wrong birth year all this time in my documents and official records.

As a result of this discovery, my brother, John, had to travel from Benin, where he leaves, to Emevor, our home town, to search through our father's hand written papers and determined my year of birth was actually <u>1950</u>.

At the time I was born, there were no official records of my birth because Nigeria didn't have a birth registry. The year of birth I have being using was given to me by the uncle I was living with from age 12 until I came to the United States in 1976 with a student visa and a Nigerian passport with the 1954 year of birth.

Based on these current facts, through a search of my father's papers and records, which indicates my year of birth is 1950, plus the fact that I could not have been born in the same year (one month apart) as my younger brother, John (born October 11, 1954), I hereby request that the court amend the year of birth on my Naturalization Certificate to 1950 so that the USCIS can process and approve my pending request to change their records.

My Certificate of Naturalization was issued by the U.S. District Court of the District of Colorado, at Denver, Colorado, on July 15, 1988, that was before the Immigration Act of 1990 went into effect on October 1, 1991. In light of that, and in pursuant to former 8 U.S.C. section 1451(i) (1988), I hereby request that the year of birth on my U.S. District Court of Denver-issued Certificate be amended from 1954 to 1950.

Included with this request is a Nigerian court-issued Statutory Declaration of Age indicating my year of birth as 1950. Also included are partly hand written documents from my father's papers that indicates my year of birth was 1950.

P/S: Per the USCIS letter (included with this request) the amendment of my Certificate by the U.S. District Court of Denver must to done before USCIS can complete processing my request to change their records.

Thank you.

Sincerely,

Michael Obere Ebiala,
571-331-7138
mebiala@rocketmail.com
18800 SW 39th Court,
Miramar, FL 33029